IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:17CR3009 |
| vs. | ORDER |
| RITA J. VERA, | |
| Defendant. | |

At the Probation Officer's request,

IT IS ORDERED that the Petition for Offender Under Supervision (Filing 7) is dismissed without prejudice, and the November 30, 2021, hearing is canceled.

Dated this 29th day of November, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge